DEBRA H., Appellant, v JANICE R., Respondent.

Submitted June 21, 2010; decided July 1, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [*see* 14 NY3d 576 (2010)].